**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:

August 8, 2023

Honorable Loretta A. Preska
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Varuzhan Dovlatayan</u>,
       17 CR 350 (LAP)

Your Honor,

Mr. Dovlatayan has been released on bail ($500,000 secured bond) since his arrest in this matter on October 17, 2017. He has been in full compliance with all of his release conditions. Mr. Dovlatayan would like to visit with his daughter from August 11 through the 14th at her home in Massachusetts. Her address is 20 Hollis street, Weymouth, MA. 02190. I have been in touch with both his Pre-Trial Services Officer and AUSA Andrew Thomas and neither has any objection to allowing Mr. Dovlatayan to take this trip. Thus, I would most respectfully request that the Court allow Mr. Dovlatayan to visit with his daughter on the days requested.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger

*The above-described travel is approved.*
*8/9/23*

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE