

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 12, 2024

**BY ECF**

Hon. Loretta A. Preska
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Varuzhan Dovlatyan*
              17 Cr. 350 (LAP)

Dear Judge Preska:

      The Government writes respectfully to request that the Court adjourn the sentencing for defendant Varuzhan Dovlatyan, currently scheduled for June 17, 2024, to a date convenient to the Court in September 2024 and to reset the Probation Department's deadline to prepare a final pre-sentence investigation report based on the new sentencing date. The purpose of the adjournment would be to permit the defendant to supply additional information to the Government for its consideration in evaluating the Section 5K1.1 sentencing factors.

      The defendant, through counsel, has informed the Government that he consents to the requested adjournment.

      Respectfully submitted,

      DAMIAN WILLIAMS
  &nbsn;   United States Attorney

by: _____
     Andrew Thomas
     Assistant United States Attorney
     (212) 637-2106

cc: David Touger, Esq. (by ECF)
*Counsel to Varuzhan Dovlatyan*

```
Mr. Dovlatyan's sentencing hearing is adjourned to September 24, 2024
at 11:00 a.m.  Probation shall file its pre-sentence investigation
report no later than August 27, 2024.  Additionally, the Clerk of the
Court is directed to close the open letter motion filed at dkt.
no. 1449.  SO ORDERED.

Date:  05/13/24
                             _____
                             LORETTA A. PRESKA, U.S.D.J.
```