```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| United States of America,<br><br>-against-<br><br>Varuzhan Dovlatyan,<br><br>Defendant. | No. 17-CR-350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Upon application of the United States Attorney's Office, it is hereby ordered that the S16 Information (formally known as the S14 Information) and the minute entry dated March 4, 2019 shall be unsealed.

**SO ORDERED.**

Dated:    November 7, 2024
              New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1