UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITES STATES OF AMERICA  :

:   17 Cr 350 (LAP)

-against-  :   ORDER

:

VARUZHAN DOVLATYAN  :

:

Defendant  :

-----------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

      Defendant Varuzhan Dovlatyan having waived Indictment in open Court before Magistrate Judge Freeman on March 4, 2019, IT IS HEREBY ORDERED: The Clerk of Court, Southern District of New York, is directed to docket and file the S16 Information (formally known as the S14 Information) and Waiver of Indictment.

Dated:   November 7, 2024
          New York, New York

SO ORDERED

*[signature: Loretta A. Preska]*

LORETTA A. PRESKA
United States District Judge